FILED
2026 Nov-16 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

**UNITED STATES OF AMERICA,** )
)
**v.** ) **Case No. 5:25-cr-658-LCB-HNJ**
)
**TIMOTHY GREGG STEELE, JR.,** )
)
**Defendant.** )

# ORDER

On October 29, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Herman N. Johnson, Jr. A Report and Recommendation was filed on October 29, 2026, recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED.**

**DONE** and **ORDERED** this November 16, 2026.

LILES C. BURKE
UNITED STATES DISTRICT JUDGE